IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NEIL GILMOUR III, TRUSTEE FOR THE GRANTOR TRUSTS OF VICTORY PARENT COMPANY, LLC; VICTORY MEDICAL CENTER CRAIG RANCH, LP, VICTORY MEDICAL CENTER LANDMARK, LP, VICTORY MEDICAL CENTER MID-CITIES, LP, VICTORY MEDICAL CENTER PLANO, LP, VICTORY MEDICAL CENTER SOUTHCROSS, LP, VICTORY SURGICAL HOSPITAL EAST HOUSTON, LP, VICTORY MEDICAL CENTER BEAUMONT, LP, | § § § § § § § § § § § § § § | SA-17-CV-00510-FB |
| *Plaintiffs,* | | |
| vs. | | |
| AETNA HEALTH, INC., AETNA HEALTH INSURANCE COMPANY, AETNA LIFE INSURANCE COMPANY, | | |
| *Defendants.* | | |

# ORDER

Before the Court in the above-styled cause of action is Defendants' Opposed Motion for Leave to Depose Non-Party Witness in Prison [#59]. By their motion, Defendants ask the Court for an order granting leave to take the deposition of non-party Andrew Hillman, who is currently incarcerated at the Federal Correctional Institution in Seagoville, Texas, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure. The Court held a hearing on the motion on May 10, 2019, at which all parties were present through counsel. After considering the parties' written filings in response to the motion and the arguments of counsel at the hearing, the Court orally granted the motion. For the reasons stated at the hearing,

1

**IT IS HEREBY ORDERED** that Defendants' Opposed Motion for Leave to Depose Non-Party Witness in Prison [#59] is **GRANTED**.

**IT IS FURTHER ORDERED** that the deposition of Andrew Hillman shall be conducted at the Federal Correctional Institution Seagoville on or before **July 31, 2019**. A court reporter and videographer are permitted to bring in customary audio and video recording equipment to property transcribe and preserve the deposition testimony.

SIGNED this 13th day of May, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE