**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **NEIL GILMOUR III, TRUSTEE FOR THE GRANTOR TRUSTS OF VICTORY PARENT COMPANY, LLC;  VICTORY MEDICAL CENTER CRAIG RANCH, LP,  VICTORY MEDICAL CENTER LANDMARK, LP,  VICTORY MEDICAL CENTER MID-CITIES, LP, VICTORY MEDICAL CENTER PLANO, LP,  VICTORY MEDICAL CENTER SOUTHCROSS, LP,  VICTORY SURGICAL HOSPITAL EAST HOUSTON, LP,  VICTORY MEDICAL CENTER BEAUMONT, LP,** | § § § § § § § § § § § § § § § § § § § § § § § § § § | **SA-17-CV-00510-FB** |
| *Plaintiffs,* | | |
| **vs.** | | |
| **AETNA HEALTH, INC.,  AETNA HEALTH INSURANCE COMPANY, AETNA LIFE INSURANCE COMPANY,** | | |
| *Defendants.* | | |

## <u>ORDER</u>

Before the Court in the above-styled cause of action are Defendants' Motion for Sanctions for Failure to Produce a Witness for Deposition [#77] and Defendants' Opposed Motion for Protective Order to Limit Attendance at Upcoming Depositions [#78].  The Court set the motions for a hearing.  On August 15, 2019, the Court received the parties' Joint Notice of Resolution of Defendants' Motion for Sanctions [#82], informing the Court that the parties have resolved Defendants' Motion for Sanctions but that they still need to confer on Defendants' Motion for Protective Order.  Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Sanctions for Failure to Produce a Witness for Deposition [#77] is **DISMISSED AS MOOT**.

1

**IT IS FURTHER ORDERED** that the hearing on Defendants' Opposed Motion for Protective Order to Limit Attendance at Upcoming Depositions [#78] remains set for a hearing at **10:30 a.m.** on **August 27, 2019**, in Courtroom B on the 4th Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206.  Counsel are permitted to appear telephonically for the hearing and should contact Valeria Sandoval, Courtroom Deputy, at chestney_chambers@txwd.uscourts.gov to obtain call-in information.  The use of speaker phones is prohibited in a telephonic appearance.

**IT IS FURTHER ORDERED** that the parties confer about the issues raised in Defendants' motions and attempt to resolve or narrow them; the parties must **file a joint advisory via CM/ECF no later than August 26, 2019** that indicates which issues remain in dispute after their conference.  For each issue that remains in dispute, each party should state its respective position and describe any relief being sought.

SIGNED this 16th day of August, 2019.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE