IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NEIL GILMOUR, III, TRUSTEE FOR THE GRANTOR TRUSTS OF VICTORY PARENT COMPANY, LLC, VICTORY MEDICAL CENTER CRAIG RANCH, LP, VICTORY MEDICAL CENTER LANDMARK, LP, VICTORY MEDICAL CENTER MID-CITIES, LP, VICTORY MEDICAL CENTER PLANO, LP, VICTORY MEDICAL CENTER SOUTHCROSS, LP, VICTORY SURGICAL HOSPITAL EAST HOUSTON, LP, AND VICTORY MEDICAL CENTER BEAUMONT, LP, | § § § § § § § § § § § § | |
| | § | JURY DEMANDED |
| *Plaintiffs*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | 5:17-cv-00510-FB |
| AETNA HEALTH, INC., AETNA HEALTH INSURANCE COMPANY, AND AETNA LIFE INSURANCE COMPANY, | § § § § | |
| | § | |
| *Defendants*. | § | |

**ORDER GRANTING VICTORY'S OPPOSED MOTION TO COMPEL DISCOVERY**

The Court has considered Victory's Opposed Motion to Compel Discovery.  After considering the parties' briefing, the Court is of the opinion that the Opposed Motion should be GRANTED.

It is therefore ORDERED that Victory's Opposed Motion to Compel Discovery is GRANTED.  Defendants Aetna Health, Inc., Aetna Health Insurance Company, and Aetna Life Insurance Company are hereby ORDERED to produce documents in response to Victory's Third Requests for Production as requested in Victory's Motion.

Signed this _____ day of _____, 2019.


_____
UNITED STATES MAGISTRATE JUDGE