IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NEIL GILMOUR, III, TRUSTEE FOR THE GRANTOR TRUSTS OF VICTORY PARENT COMPANY, LLC.; ET AL., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| V. | ) ) | CIVIL ACTION NO. SA-17-CA-510-FB |
| AETNA HEALTH INC., AETNA HEALTH INSURANCE COMPANY, and AETNA LIFE INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING THE TRUSTEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR ALL PARTIES TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is the unopposed motion for extension of time (docket no. 161) for all parties to file objections to the Report and Recommendation of United States Magistrate Judge (docket no. 161) filed by plaintiff Neil Gilmour, III ("The Trustee"), solely in his capacity as Trustee for the Grantor Trusts of Victory Parent Company, LLC; Victory Medical Center Craig Ranch, LP; Victory Medical Center Landmark, LP; Victory Medical Center Mid-Cities, LP; Victory Medical Center Plano, LP; Victory Medical Center Southcross, LP; Victory Medical Center Beaumont, LP; and Victory Surgical Hospital East Houston, LP. After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that The Trustee's Unopposed Motion for Extension of Time to File Objections to the Report and Recommendation of United States Magistrate Judge (docket no.

161) is GRANTED such that the deadline for all parties to file objections to the Report and Recommendation of United States Magistrate Judge (docket no. 160) is extended until **July 13, 2020**.

It is so ORDERED.

SIGNED this 18th day of June, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE